SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>       Plaintiff,<br><br>    vs.<br><br>Pacific Pizza, Inc., et al<br><br>       Defendants | Case No. **2:10-cv-00210-GEB-EFB**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL APRIL 20, 2010 FOR DEFENDANTS PACIFIC PIZZA, INC. INDIVIDUALLY AND D/B/A ROUND TABLE PIZZA; FRANK ANGELO PORTALE TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Pacific Pizza, Inc. Individually and d/b/a Round Table Pizza; Frank Angelo Portale, by and through their respective attorneys of record, Scott N. Johnson; Alden J. Parker, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Frank Angelo Portale until April 5, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Pacific Pizza, Inc. Individually and d/b/a Round Table Pizza; Frank Angelo Portale are granted an extension until April 20, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Pacific Pizza, Inc. Individually and d/b/a Round Table Pizza; Frank Angelo Portale response will be due no later than April 20, 2010.

IT IS SO STIPULATED effective as of March 25, 2010

Dated:   March 25, 2010                    /s/Alden J. Parker_____
                                           Alden J. Parker,
                                           Attorney for Defendants
                                           Pacific Pizza, Inc.
                                           Individually and d/b/a
                                           Round Table Pizza; Frank
                                           Angelo Portale

Dated:  March 25, 2010                    /s/Scott N. Johnson

                                          Scott N. Johnson,

                                          Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Pacific Pizza, Inc. Individually and d/b/a Round Table Pizza; Frank Angelo Portale shall have until April 20, 2010 to respond to complaint.

Dated: 3/29/10

_____
GARLAND E. BURRELL, JR.
United States District Judge