SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>          Plaintiff,<br><br>     vs.<br><br>Pacific Pizza, Inc., et al,<br><br>          Defendants | Case No. **2:10-cv-00210-GEB-EFB**<br><br>**PLAINTIFF'S REQUEST AND PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: April 26, 2010<br>Time: 9:00 am<br>Courtroom: 10 |

   Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from April 26, 2010 to May 24, 2010. Defendants have been granted an extension of time in which to file an answer up to and including April 20, 2010. A continuance to May 24, 2010 for the status conference will give the

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS

CONFERENCE

CIV: S-10-cv-00210-GEB-EFB - 1

Defendants ample time to answer Plaintiff's complaint and for the parties to engage in settlement discussions.

Dated:  March 30, 2010           /s/Scott N. Johnson

                                 Scott N. Johnson,

                                 Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to May 24, 2010.  A joint status report is to be filed fourteen days prior to the hearing.

Date:3/31/10

GARLAND E. BURRELL, JR.
United States District Judge

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-10-cv-00210-GEB-EFB - 2