UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,

 v.

PACIFIC PIZZA, INC., et al.,

      Defendants.

2:10-cv-00210-GEB-EFB

<u>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u>

    An Order Setting Status (Pretrial Scheduling) Conference was filed March 31, 2010 in which a status conference was continued in this case on May 24, 2010, and a joint status report was required to be filed no later than fourteen days prior to the status conference. The Order further required a status report be filed regardless of whether a joint report could be procured. No status report was filed.

    Therefore, Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on June 10, 2010, why sanctions should not be imposed against him under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. Plaintiff shall also state in the written response whether a hearing is requested on the OSC. If a hearing is requested, it will

be held on June 24, 2010, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date. A joint status report shall be filed no later than fourteen days prior to the status conference.

     IT IS SO ORDERED.

Dated: May 11, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge